UNITED STATES COURT OF INTERNATIONAL TRADE          FORM  1

**WISMETTAC ASIAN FOODS, INC.**
　　　　　　　　　　　**Plaintiff,**

　v.

**UNITED STATES,**
　　　　　　　　　　　**Defendant.**

**S U M M O N S**

**Court No. 22-00198**

**TO:**   The Attorney General and the Secretary of Homeland Security:

　　　**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



　　　　　　　　　　　　　　　　　　　　**/s/ Mario Toscano**
　　　　　　　　　　　　　　　　　　　　Clerk of the Court

**PROTEST**

| Port(s) of Entry: See attached schedule | Center (if known):  CEE002 |
|---|---|
| Protest Number: See attached schedule | Date Protest Filed: See attached schedule |
| Importer: WISMETTAC ASIAN FOODS INC. | Date Protest Denied: See attached schedule |
| Category of Merchandise: Sushi Ginger | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| | | See attached schedule | | | |
| | | | | | |
| | | | | | |

　　　　　　　　　　　　　　　　　　　Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP
　　　　　　　　　　　　　　　　　　　599 Lexington Avenue, 36th floor
　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　JSpraragen@GDLSK.COM
　　　　　　　　　　　　　　　　　　　212-557-4000

## CONTESTED ADMINISTRATIVE DECISION

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Sushi Ginger | 2001.90.60<br>9903.88.03<br><br>2008.99.91<br>9903.88.03 | 14% Ad Val.<br>10/25 % Ad Val<br><br>6% Ad Val.<br>10/25% Ad Val. | 0910.11.00<br>9903.88.15<br><br>2008.99.91<br>9903.88.03 | DUTY FREE<br>15/7.5% Ad. Val.<br><br>6% Ad Val.<br>10/25% Ad Val. |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests: Whether the imported merchandise is specifically provided for under one of the claimed provisions.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Joseph M. Spraragen
*Signature of Plaintiff's Attorney*

July 10, 2022
*Date*

## SCHEDULE OF PROTESTS

<u>CEE002</u>
Center (if known)

| PROTEST NUMBER | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE | PORT CODE |
|---|---|---|---|---|---|---|
| 2704-20-142830 | 09/09/2020 | 01/27/2022 | K6410569615 | 03/19/2019 | 03/13/2020 | 2704 |
| 2704-20-142830 | 09/09/2020 | 01/27/2022 | K6410576016 | 04/18/2019 | 03/13/2020 | 2704 |
| 2704-20-142830 | 09/09/2020 | 01/27/2022 | K6410578806 | 04/26/2019 | 03/20/2020 | 2704 |
| 2704-20-142830 | 09/09/2020 | 01/27/2022 | K6430315213 | 05/02/2019 | 03/27/2020 | 4601 |
| 2704-20-142830 | 09/09/2020 | 01/27/2022 | K6430315452 | 05/02/2019 | 03/27/2020 | 4601 |
|  |  |  |  |  |  |  |
| 2704-20-144035 | 09/22/2020 | 01/27/2022 | K6410572619 | 04/04/2019 | 03/27/2020 | 2704 |
| PROTEST NUMBER | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE | PORT CODE |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410444199 | 08/17/2017 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410444272 | 08/16/2017 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410445394 | 08/27/2017 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410445865 | 08/21/2017 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410446830 | 08/22/2017 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410447408 | 08/29/2017 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410447416 | 08/29/2017 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410447440 | 09/03/2017 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410447499 | 08/31/2017 | 04/17/2020 | 3901 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410448786 | 09/10/2017 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410450337 | 09/12/2017 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410450642 | 09/17/2017 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410452267 | 09/19/2017 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410453562 | 09/25/2017 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410453570 | 09/28/2017 | 04/17/2020 | 3901 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410462514 | 11/13/2017 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410465160 | 11/15/2017 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410465806 | 11/13/2017 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410529197 | 09/18/2018 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410529205 | 09/18/2018 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410530880 | 10/02/2018 | 04/17/2020 | 2704 |

continue

| | | | | | | |
|---|---|---|---|---|---|---|
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410533793 | 10/23/2018 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410534098 | 10/08/2018 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410534130 | 10/11/2018 | 04/17/2020 | 2809 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410534874 | 10/09/2018 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410540715 | 11/07/2018 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410576719 | 04/23/2019 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410585140 | 06/03/2019 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410592211 | 07/04/2019 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410592229 | 07/04/2019 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410616283 | 10/24/2019 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410626084 | 12/13/2019 | 04/17/2020 | 2811 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410629898 | 12/30/2019 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410629906 | 12/30/2019 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410630565 | 12/30/2019 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410634179 | 01/16/2020 | 04/17/2020 | 2704 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6410637925 | 02/19/2020 | 04/17/2020 | 2811 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430229240 | 08/03/2017 | 04/17/2020 | 1303 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430231006 | 08/16/2017 | 04/17/2020 | 4601 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430231071 | 08/16/2017 | 04/17/2020 | 1303 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430233234 | 08/31/2017 | 04/17/2020 | 4601 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430234281 | 09/06/2017 | 04/17/2020 | 4601 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430240122 | 10/24/2017 | 04/17/2020 | 4601 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430244264 | 11/20/2017 | 04/17/2020 | 1303 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430278452 | 08/27/2018 | 04/17/2020 | 4601 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430282033 | 09/21/2018 | 04/17/2020 | 1303 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430283577 | 10/01/2018 | 04/17/2020 | 4601 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430317490 | 05/23/2019 | 04/17/2020 | 5201 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430325808 | 07/17/2019 | 04/17/2020 | 4601 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430327622 | 08/06/2019 | 04/17/2020 | 4601 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430332598 | 08/29/2019 | 04/17/2020 | 5201 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430333042 | 09/11/2019 | 04/17/2020 | 4601 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430333851 | 09/18/2019 | 04/17/2020 | 5201 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430335609 | 09/19/2019 | 04/17/2020 | 4601 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430342597 | 11/08/2019 | 04/17/2020 | 5201 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430346416 | 12/12/2019 | 04/17/2020 | 5201 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430348545 | 12/24/2019 | 04/17/2020 | 4601 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430348842 | 12/31/2019 | 04/17/2020 | 4601 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430352059 | 01/21/2020 | 04/17/2020 | 5201 |
| 2704-20-145525 | 10/13/2020 | 01/28/2022 | K6430353032 | 01/29/2020 | 04/17/2020 | 4601 |

| PROTEST NUMBER | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE | PORT CODE |
|---|---|---|---|---|---|---|
| 2704-20-145995 | 10/21/2020 | 01/28/2022 | K6410561075 | 02/07/2019 | 04/24/2020 | 2704 |
| 2704-20-145995 | 10/21/2020 | 01/28/2022 | K6410567981 | 03/12/2019 | 04/24/2020 | 2704 |
| 2704-20-145995 | 10/21/2020 | 01/28/2022 | K6410589829 | 06/18/2019 | 06/12/2020 | 2704 |
| 2704-20-145995 | 10/21/2020 | 01/28/2022 | K6430308143 | 03/11/2019 | 04/24/2020 | 4601 |
| 2704-20-145995 | 10/21/2020 | 01/28/2022 | K6430312541 | 04/10/2019 | 04/24/2020 | 1303 |
| | | | | | | |
| 2704-20-146444 | 10/28/2020 | 01/27/2022 | K6410590678 | 06/07/2019 | 05/08/2020 | 2704 |
| | | | | | | |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410529726 | 09/16/2018 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410605344 | 09/04/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410606334 | 09/03/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410606342 | 09/04/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410606417 | 09/10/2019 | 07/24/2020 | 2811 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410607142 | 09/12/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410607977 | 09/12/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410607985 | 09/12/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410608736 | 09/18/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410608827 | 09/23/2019 | 07/24/2020 | 3901 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410609056 | 09/18/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410610476 | 09/19/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410612043 | 09/26/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410612183 | 10/02/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410613504 | 10/02/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410613546 | 10/07/2019 | 07/24/2020 | 2811 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410614064 | 10/16/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410614759 | 10/10/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410615707 | 10/28/2019 | 07/24/2020 | 3901 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410616358 | 10/17/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410616705 | 10/08/2019 | 07/24/2020 | 3901 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410617323 | 10/24/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410617331 | 10/24/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410617349 | 10/24/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410617653 | 10/29/2019 | 07/24/2020 | 2811 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410620491 | 11/07/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410620517 | 11/07/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410620525 | 11/07/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410622448 | 11/16/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410622455 | 11/16/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410624709 | 12/02/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410626001 | 12/08/2019 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410643048 | 03/08/2020 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410644822 | 03/18/2020 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6410644848 | 03/18/2020 | 07/24/2020 | 2704 |
| 2704-20-149106 | 12/17/2020 | 01/27/2022 | K6430361431 | 03/25/2020 | 07/24/2020 | 4601 |

| PROTEST NUMBER | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE | PORT CODE |
|---|---|---|---|---|---|---|
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410589167 | 06/18/2019 | 01/22/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410596543 | 07/21/2019 | 01/22/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410607167 | 09/12/2019 | 01/22/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410607522 | 09/04/2019 | 01/22/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410607548 | 09/04/2019 | 01/22/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410608751 | 09/10/2019 | 01/22/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410609049 | 09/09/2019 | 01/22/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410617091 | 10/23/2019 | 01/22/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410619972 | 11/04/2019 | 01/22/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410619980 | 11/04/2019 | 01/22/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410623289 | 11/18/2019 | 01/22/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410623644 | 11/18/2019 | 01/22/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410632538 | 01/15/2020 | 01/22/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410636141 | 02/03/2020 | 01/22/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410645936 | 03/23/2020 | 02/05/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410662964 | 07/20/2020 | 01/29/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410664424 | 07/21/2020 | 01/29/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410664804 | 07/29/2020 | 01/29/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410667278 | 08/11/2020 | 01/29/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410668797 | 08/20/2020 | 01/29/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410671288 | 08/31/2020 | 01/29/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410674282 | 10/03/2020 | 02/05/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | k6410675545 | 10/14/2020 | 02/05/2021 | 3901 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410676345 | 10/11/2020 | 02/05/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410676725 | 10/04/2020 | 02/05/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410676923 | 10/05/2020 | 02/05/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | k6410678473 | 11/01/2020 | 02/05/2021 | 3901 |

Continue

| | | | | | | |
|---|---|---|---|---|---|---|
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410678689 | 10/18/2020 | 02/05/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410678705 | 10/19/2020 | 02/05/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | k6410683689 | 11/22/2020 | 02/05/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | k6410684000 | 11/20/2020 | 02/05/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410684018 | 11/17/2020 | 02/05/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | k6410684943 | 12/03/2020 | 02/05/2021 | 3901 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | k6410688795 | 12/18/2020 | 02/05/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6410689009 | 12/17/2020 | 02/05/2021 | 2704 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430288204 | 11/01/2018 | 01/22/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430319546 | 06/14/2019 | 01/22/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430324900 | 07/03/2019 | 01/22/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430330931 | 08/21/2019 | 01/22/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430330949 | 08/24/2019 | 01/22/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430334644 | 09/11/2019 | 01/22/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430337936 | 10/06/2019 | 01/22/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430343876 | 10/09/2019 | 01/22/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430344734 | 11/22/2019 | 01/22/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430345947 | 11/29/2019 | 01/22/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430349428 | 11/25/2019 | 01/22/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430351051 | 01/10/2020 | 01/22/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430353842 | 01/29/2020 | 01/22/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430358858 | 03/02/2020 | 01/22/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430375084 | 07/30/2020 | 01/29/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430376470 | 08/07/2020 | 01/29/2021 | 5201 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430377155 | 08/12/2020 | 01/29/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430377163 | 08/16/2020 | 01/29/2021 | 5201 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430378278 | 08/24/2020 | 01/29/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430381215 | 09/13/2020 | 01/29/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | k6430384763 | 10/12/2020 | 02/05/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | k6430387246 | 10/29/2020 | 02/05/2021 | 5201 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430389606 | 11/18/2020 | 02/05/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | k6430390091 | 11/12/2020 | 02/05/2021 | 5201 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | k6430390489 | 11/17/2020 | 02/05/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430391412 | 11/21/2020 | 01/29/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430391479 | 11/21/2020 | 02/05/2021 | 1303 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | k6430392220 | 11/28/2020 | 02/05/2021 | 4601 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430395496 | 12/18/2020 | 01/29/2021 | 5201 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | k6430396320 | 12/27/2020 | 02/05/2021 | 5201 |
| 2704-21-154135 | 04/05/2021 | 01/12/2022 | K6430397997 | 01/13/2021 | 02/26/2021 | 4601 |

| PROTEST NUMBER | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE | PORT CODE |
|---|---|---|---|---|---|---|
| 2704-21-154494 | 04/14/2021 | 01/12/2022 | K6410614742 | 10/07/2019 | 01/22/2021 | 2704 |
|  |  |  |  |  |  |  |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410310382 | 02/08/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410312297 | 02/10/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410314913 | 02/24/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410316322 | 02/24/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410319664 | 03/14/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410321660 | 03/22/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410325463 | 04/18/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410329937 | 04/19/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410332204 | 05/09/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410337476 | 05/23/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410338268 | 05/24/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410344035 | 06/21/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410345982 | 06/29/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | k6410348507 | 07/05/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410350701 | 07/21/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410352970 | 07/21/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410353341 | 07/29/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410354463 | 08/04/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410356591 | 08/09/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410359967 | 08/22/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410360320 | 08/23/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410360338 | 08/23/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410362201 | 09/06/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | K6410363753 | 09/06/2016 | 07/23/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | k6430397617 | 01/08/2021 | 04/16/2021 | 2704 |
| 2704-21-157290 | 08/16/2021 | 01/12/2022 | k6430403134 | 02/07/2021 | 04/16/2021 | 2704 |
|  |  |  |  |  |  |  |
| 2704-22-159246 | 01/19/2022 | 01/27/2022 | K6410368091 | 09/29/2016 | 07/23/2021 | 2704 |
| 2704-22-159246 | 01/19/2022 | 01/27/2022 | K6410373695 | 10/26/2016 | 07/23/2021 | 2704 |
| 2704-22-159246 | 01/19/2022 | 01/27/2022 | K6410375260 | 10/26/2016 | 07/23/2021 | 2704 |
| 2704-22-159246 | 01/19/2022 | 01/27/2022 | K6410379924 | 11/16/2016 | 07/23/2021 | 2704 |
| 2704-22-159246 | 01/19/2022 | 01/27/2022 | K6410385079 | 12/08/2016 | 07/23/2021 | 2704 |
| 2704-22-159246 | 01/19/2022 | 01/27/2022 | K6410393982 | 01/19/2017 | 07/23/2021 | 2704 |
|  |  |  |  |  |  |  |
| 2704-22-159542 | 02/14/2022 | 04/07/2022 | 51087663624 | 09/12/2021 | 10/08/2021 | 2704 |
| 2704-22-159542 | 02/14/2022 | 04/07/2022 | K6410689546 | 12/07/2020 | 10/29/2021 | 2704 |
| 2704-22-159542 | 02/14/2022 | 04/07/2022 | K6410738186 | 09/05/2021 | 10/08/2021 | 2704 |
| 2704-22-159542 | 02/14/2022 | 04/07/2022 | K6410751825 | 09/14/2021 | 10/08/2021 | 2704 |
| 2704-22-159542 | 02/14/2022 | 04/07/2022 | K6430391073 | 11/18/2020 | 10/15/2021 | 4601 |
| 2704-22-159542 | 02/14/2022 | 04/07/2022 | K6430391099 | 11/18/2020 | 10/15/2021 | 4601 |
| 2704-22-159542 | 02/14/2022 | 04/07/2022 | K6430392857 | 12/04/2020 | 10/29/2021 | 4601 |

| PROTEST NUMBER | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE | PORT CODE |
|---|---|---|---|---|---|---|
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410438472 | 08/02/2017 | 07/03/2020 | 3901 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410442672 | 08/10/2017 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410442680 | 08/10/2017 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410444249 | 08/17/2017 | 08/14/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410457068 | 10/18/2017 | 07/03/2020 | 3901 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410459221 | 10/16/2017 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410459239 | 10/16/2017 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410459270 | 10/16/2017 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410464023 | 11/09/2017 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410464072 | 11/08/2017 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410464080 | 11/09/2017 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410464114 | 11/13/2017 | 07/03/2020 | 3901 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410524560 | 08/28/2018 | 07/03/2020 | 3901 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410526896 | 09/14/2018 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410529478 | 09/26/2018 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410529718 | 09/16/2018 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410529957 | 09/21/2018 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410529965 | 09/21/2018 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410530377 | 09/25/2018 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410531128 | 10/08/2018 | 07/03/2020 | 3901 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410532563 | 10/17/2018 | 07/03/2020 | 3901 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410533488 | 10/07/2018 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410533769 | 10/18/2018 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410533777 | 10/02/2018 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410535533 | 10/13/2018 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410535541 | 10/13/2018 | 07/03/2020 | 2704 |

Continue

| | | | | | | |
|---|---|---|---|---|---|---|
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410536119 | 10/14/2018 | 10/09/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410537083 | 10/26/2018 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410537356 | 10/22/2018 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410537364 | 10/22/2018 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410538495 | 11/01/2018 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410538537 | 11/09/2018 | 07/03/2020 | 3901 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410541044 | 11/05/2018 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410541051 | 11/05/2018 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410581461 | 05/07/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410585132 | 05/25/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410585249 | 06/03/2019 | 07/03/2020 | 3901 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410586072 | 06/05/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410586163 | 06/10/2019 | 07/03/2020 | 2811 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410587559 | 06/08/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410587567 | 06/08/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410588151 | 07/18/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410588201 | 07/12/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410589225 | 07/02/2019 | 07/03/2020 | 3901 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410589803 | 06/18/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410590660 | 06/22/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410591106 | 07/04/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410592286 | 07/09/2019 | 07/03/2020 | 2811 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410593268 | 07/10/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410593276 | 07/10/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410595024 | 07/10/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410595065 | 07/18/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410595073 | 07/18/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410595081 | 07/13/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410595701 | 07/29/2019 | 07/03/2020 | 3901 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410596550 | 07/21/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410596980 | 07/21/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410599463 | 08/02/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410599992 | 08/02/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410600014 | 08/02/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410600055 | 08/07/2019 | 07/03/2020 | 2811 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410601129 | 08/14/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410601723 | 08/09/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410602267 | 08/24/2019 | 07/03/2020 | 3901 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410602275 | 08/21/2019 | 07/03/2020 | 2704 |

Continue

| | | | | | | |
|---|---|---|---|---|---|---|
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410604321 | 08/28/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410604875 | 08/28/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410604883 | 08/28/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410604891 | 08/28/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410606326 | 09/03/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410616341 | 10/17/2019 | 07/31/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410623271 | 11/24/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410623859 | 12/11/2019 | 07/03/2020 | 3901 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410624683 | 12/02/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410624691 | 12/02/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410625466 | 12/17/2019 | 07/03/2020 | 3901 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410626019 | 12/02/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410626043 | 12/11/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410626811 | 12/23/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410627082 | 12/14/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410627090 | 12/14/2019 | 07/31/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410628205 | 12/26/2019 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410629914 | 12/30/2019 | 07/03/2020 | 2811 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410631399 | 01/19/2020 | 07/03/2020 | 3901 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410631407 | 01/10/2020 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410631498 | 01/03/2020 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410632520 | 01/15/2020 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410634161 | 01/16/2020 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410635010 | 01/20/2020 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410636240 | 02/28/2020 | 07/03/2020 | 3901 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410636679 | 02/04/2020 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410636687 | 02/04/2020 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410636695 | 02/10/2020 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410636711 | 02/04/2020 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410637412 | 03/02/2020 | 07/03/2020 | 3901 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410637628 | 02/12/2020 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410637644 | 02/12/2020 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410637800 | 02/10/2020 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410638931 | 02/14/2020 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410638956 | 02/23/2020 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410643030 | 03/19/2020 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410643055 | 03/08/2020 | 07/03/2020 | 2704 |

Continue

| | | | | | | |
|---|---|---|---|---|---|---|
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410643089 | 03/22/2020 | 07/03/2020 | 3901 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6410645019 | 03/17/2020 | 07/03/2020 | 2704 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430229620 | 08/03/2017 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430232343 | 08/23/2017 | 08/21/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430236229 | 09/26/2017 | 09/25/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430237458 | 10/01/2017 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430239165 | 10/11/2017 | 10/09/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430241260 | 10/25/2017 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430241898 | 11/01/2017 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430243803 | 11/16/2017 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430244850 | 11/24/2017 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430281449 | 09/08/2018 | 09/04/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430284310 | 10/05/2018 | 07/03/2020 | 5201 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430284641 | 10/04/2018 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430285705 | 10/19/2018 | 10/16/2020 | 1303 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430286307 | 10/19/2018 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430315809 | 05/10/2019 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430317722 | 05/24/2019 | 07/03/2020 | 1303 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430317805 | 06/01/2019 | 07/03/2020 | 5201 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430318118 | 05/31/2019 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430323480 | 06/21/2019 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430324470 | 07/03/2019 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430325782 | 07/12/2019 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430327614 | 08/09/2019 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430327689 | 08/04/2019 | 07/03/2020 | 1303 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430331475 | 08/24/2019 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430335328 | 09/19/2019 | 07/03/2020 | 1303 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430337050 | 09/29/2019 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430338926 | 10/15/2019 | 07/03/2020 | 1303 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430339270 | 10/18/2019 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430339544 | 10/18/2019 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430341227 | 11/03/2019 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430341284 | 11/03/2019 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430343314 | 11/15/2019 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430346358 | 12/04/2019 | 07/03/2020 | 1303 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430346887 | 12/06/2019 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430347646 | 12/14/2019 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430349808 | 01/03/2020 | 07/03/2020 | 1303 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430350814 | 01/03/2020 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430354683 | 02/04/2020 | 07/03/2020 | 1303 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430354808 | 02/21/2020 | 07/03/2020 | 5201 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430356217 | 02/12/2020 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430358841 | 03/02/2020 | 07/03/2020 | 4601 |
| 3901-20-121965 | 12/23/2020 | 01/12/2022 | K6430362066 | 03/27/2020 | 07/03/2020 | 4601 |

| PROTEST NUMBER | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE | PORT CODE |
|---|---|---|---|---|---|---|
| 3901-21-125166 | 07/28/2021 | 01/12/2022 | K6410663020 | 07/30/2020 | 01/29/2021 | 3901 |
| 3901-21-125166 | 07/28/2021 | 01/12/2022 | K6410669985 | 08/30/2020 | 01/29/2021 | 3901 |
| 3901-21-125166 | 07/28/2021 | 01/12/2022 | K6410679059 | 10/13/2020 | 06/04/2021 | 2704 |
| 3901-21-125166 | 07/28/2021 | 01/12/2022 | K6410686039 | 11/16/2020 | 06/04/2021 | 2704 |
| 3901-21-125166 | 07/28/2021 | 01/12/2022 | K6410686229 | 12/01/2020 | 06/04/2021 | 2704 |
| 3901-21-125166 | 07/28/2021 | 01/12/2022 | K6410686237 | 11/17/2020 | 06/18/2021 | |
| 3901-21-125166 | 07/28/2021 | 01/12/2022 | K6410687110 | 12/17/2020 | 06/04/2021 | 2704 |
| | | | | | | |
| 4601-20-122596 | 10/21/2020 | 01/28/2022 | K6410564228 | 02/21/2019 | 04/24/2020 | 2704 |
| 4601-20-122596 | 10/21/2020 | 01/28/2022 | K6430304522 | 02/06/2019 | 04/24/2020 | 4601 |
| 4601-20-122596 | 10/21/2020 | 01/28/2022 | K6430305073 | 02/22/2019 | 04/24/2020 | 1303 |
| 4601-20-122596 | 10/21/2020 | 01/28/2022 | K6430305081 | 02/25/2019 | 04/24/2020 | 5201 |
| 4601-20-122596 | 10/21/2020 | 01/28/2022 | K6430308275 | 02/05/2019 | 04/24/2020 | 4601 |
| | | | | | | |
| 4601-21-126817 | 04/13/2021 | 01/12/2022 | K6430286299 | 10/19/2018 | 10/16/2020 | 4601 |
| 4601-21-126817 | 04/13/2021 | 01/12/2022 | K6430345962 | 12/04/2019 | 10/30/2020 | 4601 |
| | | | | | | |
| 4601-22-130326 | 01/19/2022 | 01/27/2022 | 51086531731 | 11/09/2020 | 10/08/2021 | 2704 |
| 4601-22-130326 | 01/19/2022 | 01/27/2022 | K6410673318 | 09/01/2020 | 07/30/2021 | 2704 |
| 4601-22-130326 | 01/19/2022 | 01/27/2022 | K6410673508 | 08/30/2020 | 07/30/2021 | 2704 |
| 4601-22-130326 | 01/19/2022 | 01/27/2022 | K6410676360 | 09/26/2020 | 08/20/2021 | 2704 |
| 4601-22-130326 | 01/19/2022 | 01/27/2022 | K6410680354 | 10/25/2020 | 09/24/2021 | 2704 |
| 4601-22-130326 | 01/19/2022 | 01/27/2022 | K6410680933 | 10/26/2020 | 09/24/2021 | 2704 |
| 4601-22-130326 | 01/19/2022 | 01/27/2022 | K6430378575 | 08/25/2020 | 07/23/2021 | 4601 |
| 4601-22-130326 | 01/19/2022 | 01/27/2022 | K6430379292 | 08/29/2020 | 07/30/2021 | 4601 |
| 4601-22-130326 | 01/19/2022 | 01/27/2022 | K6430386974 | 10/28/2020 | 09/24/2021 | 4601 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)